IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON WHITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-19-DRH |
| ) | |
| AMERICAN GENERAL LIFE COMPANIES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion to Amend filed by the plaintiff, Sharon Whitt, on April 24, 2006 (Doc. 13). The motion is **GRANTED**.

Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading and that leave to amend "shall be freely given when justice so requires." However, leave to amend may be denied if there is "undue delay, bad faith, dilatory motive, prejudice, or futility." Guise v. BWM Mortgage, LLC., 377 F.3d 795, 801 (7th Cir. 2004). The granting or denying of a motion to amend is reviewed for an abuse of discretion. Butts v. Aurora Health Care, Inc., 387 F.3d 921, 925 (7th Cir. 2004). The plaintiff's amended complaint seeks to recast her claims in terms of the Employee Retirement Income Security Act (ERISA) instead of state law. The defendant has not objected to the amendment and the time for objection has passed. Therefore, as there has been no showing of prejudice, the plaintiff **SHALL** file her amended complaint by May 19, 2006. In light of this ruling, the defendant's motion to dismiss, filed on March 7, 2006 (Doc. 7) is **MOOT**.

**DATED: May 12, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
