# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHARON WHITT,**

    **Plaintiff,**

  **vs.**                                                       **Cause No. 06-CV-19 DRH**

**AMERICAN GENERAL LIFE COMPANIES**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                        **NORBERT G. JAWORSKI, CLERK**

January 16, 2007                                      By:   s/Patricia Brown
                                                                  Deputy Clerk

APPROVED: /s/      David  RHerndon
                  **U.S. DISTRICT JUDGE**